No. 89, Misc. O'HALLORAN *v.* MYERS, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied. Petitioner *pro se. Gordon Gelfond, Joseph M. Smith* and *James C. Crumlish, Jr.,* for respondent.

No. 243, Misc. STEWART *v.* OHIO. Supreme Court of Ohio. Certiorari denied. *H. S. Subrin* and *Samuel Goldman* for petitioner. *John S. Ballard* for respondent.

No. 534. PROVENZANO *v.* UNITED STATES. Motion of American Civil Liberties Union of New Jersey for leave to file a brief, as *amicus curiae,* granted. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied. *Arthur Karger* and *Henry G. Singer* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States. *Emil Oxfeld* for American Civil Liberties Union of New Jersey, as *amicus curiae,* in support of the petition.

No. 279, Misc. SHAW *v.* NEW YORK. Appellate Division, Supreme Court of New York, Second Judicial Department. Certiorari denied. Petitioner *pro se. William Cahn* for respondent.

No. 282, Misc. WILLIAMS *v.* UNITED STATES C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 394, Misc. BARNETT *v.* GLADDEN, WARDEN. Supreme Court of Oregon. Certiorari denied.